A CERTIFIED TRUE COPY

JUN 15 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY
ATTEST
DATED 10/24/2006
ROBERT C. HEINEMANN
BY _____ CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 30 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-52)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,062 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-52 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALASKA** | |
| ~~AK 3 06-88~~ | ~~State of Alaska v. Eli Lilly & Co.~~ Opposed 6/12/06 |
| **ALABAMA NORTHERN** | |
| ALN 4 06-810 | David M. Smith v. Eli Lilly & Co., et al. |
| **ALABAMA SOUTHERN** | |
| ~~ALS 1 06-259~~ | ~~Debra A. Betts v. Eli Lilly & Co., et al.~~ Vacated 6/14/06 |
| ~~ALS 1 06-261~~ | ~~Kelly P. Foster v. Eli Lilly & Co., et al.~~ Opposed 6/15/06 |
| ~~ALS 1 06-262~~ | ~~Kimberly A. Bailey v. Eli Lilly & Co., et al.~~ Vacated 6/14/06 |
| ~~ALS 1 06-263~~ | ~~Janet Beck v. Eli Lilly & Co., et al.~~ Vacated 6/14/06 |
| ~~ALS 2 06-260~~ | ~~Sharlene Etheridge v. Eli Lilly & Co., et al.~~ Vacated 6/14/06 |
| ~~ALS 2 06-264~~ | ~~Orderick Vincent v. Eli Lilly & Co., et al.~~ Vacated 6/14/06 |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-2714 | Bruce Adkins, et al. v. McKesson Corp., et al. |
| CAN 3 06-2899 | Felita Smith, et al. v. Eli Lilly & Co. |
| CAN 3 06-2905 | Charles Hauser, et al. v. Eli Lilly & Co. |
| CAN 4 06-2702 | Edythe Abblett, et al. v. McKesson Corp., et al. |
| CAN 4 06-2903 | Zoi Karanicolas, et al. v. Eli Lilly & Co. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-255 | Dennis Beining, et al. v. Eli Lilly & Co. |
| **LOUISIANA WESTERN** | |
| LAW 5 06-726 | Edward Lowe, Jr. v. Eli Lilly & Co., et al. |
| **MINNESOTA** | |
| MN 0 06-1629 | Steven P. Engram v. Eli Lilly & Co. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 5 06-71 | Eammarie Flaggs v. Eli Lilly & Co. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-2850 | John Harris v. Eli Lilly & Co. |
| **TEXAS EASTERN** | |
| TXE 4 06-186 | Roberta Greer v. Eli Lilly & Co., et al. |
| **TEXAS NORTHERN** | |
| TXN 3 06-742 | Betsy Baiker v. Eli Lilly & Co. |
| **TEXAS SOUTHERN** | |
| TXS 2 06-194 | Sandra Knight v. Eli Lilly & Co., et al. |